| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | AUG 25 2025 |
| | | MOLLY C. DWYER, CLERK |
| | | U.S. COURT OF APPEALS |

DEVAS MULTIMEDIA PRIVATE LIMITED,

        Petitioner-Appellee,

CC/DEVAS (MAURITIUS) LIMITED; et al.,

        Appellees-Intervenors,

 v.

ANTRIX CORP. LTD.,

        Respondent-Appellant.

No. 20-36024

D.C. No. 2:18-cv-01360-TSZ
Western District of Washington, Seattle

ORDER

DEVAS MULTIMEDIA PRIVATE LIMITED,

        Petitioner-Appellant,

CC/DEVAS (MAURITIUS) LIMITED; et al.,

    Intervenor-Plaintiffs-Appellees,

 v.

ANTRIX CORP. LTD.,

        Respondent.

No. 22-35085

D.C. No. 2:18-cv-01360-TSZ

| | |
|---|---|
| DEVAS MULTIMEDIA PRIVATE LIMITED,<br><br>            Petitioner,<br><br>and<br><br>CC/DEVAS (MAURITIUS) LIMITED; et al.,<br><br>            Intervenor-Plaintiffs-Appellees,<br><br>  v.<br><br>ANTRIX CORP. LTD.,<br><br>            Respondent-Appellant. | No.   22-35103<br><br>D.C. No. 2:18-cv-01360-TSZ |

Respondent-Appellant's motion for supplemental briefing (Dkt No. 135) is GRANTED in part as follows. The parties shall file simultaneous supplemental briefs, not to exceed 4,200 words and no later than 45 days from the date this order is filed, addressing the following three issues: (1) whether this Court has subject matter jurisdiction pursuant to the FSIA's arbitration exception, 28 U.S.C. § 1605(a)(6); (2) whether personal jurisdiction over Antrix is lacking under the Fifth Amendment Due Process Clause, considering the Supreme Court's recent decision in *Fuld v. Palestine Liberation Organization*, 145 S.Ct. 2090 (2025); and (3) whether the High Court of Delhi's decision setting aside the underlying arbitral award renders that award unenforceable in the United States. Optional reply briefs

2

3

are due no later than 66 days from the date this order is filed and are not to exceed 2,100 words.

                                      FOR THE COURT:

                                      MOLLY C. DWYER
                                      CLERK OF COURT