UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 19 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DEVAS MULTIMEDIA PRIVATE LIMITED,<br><br>          Petitioner-Appellee,<br><br>CC/DEVAS (MAURITIUS) LIMITED; et al.,<br><br>          Appellees-Intervenors,<br><br>  v.<br><br>ANTRIX CORP. LTD.,<br><br>          Respondent-Appellant. | No.   20-36024<br><br>D.C. No. 2:18-cv-01360-TSZ<br>Western District of Washington, Seattle<br><br>ORDER |
| DEVAS MULTIMEDIA PRIVATE LIMITED,<br><br>          Petitioner-Appellant,<br><br>CC/DEVAS (MAURITIUS) LIMITED; et al.,<br><br>          Intervenor-Plaintiffs-Appellees,<br><br>  v.<br><br>ANTRIX CORP. LTD.,<br><br>          Respondent. | No.   22-35085<br><br>D.C. No. 2:18-cv-01360-TSZ |

| | |
|---|---|
| DEVAS MULTIMEDIA PRIVATE LIMITED,<br><br>            Petitioner,<br><br>and<br><br>CC/DEVAS (MAURITIUS) LIMITED; et al.,<br><br>            Intervenor-Plaintiffs-Appellees,<br><br>  v.<br><br>ANTRIX CORP. LTD.,<br><br>            Respondent-Appellant. | No.   22-35103<br><br>D.C. No. 2:18-cv-01360-TSZ |

Before: MILLER and KOH, Circuit Judges, and MOLLOY,[*] District Judge.

Appellant's motion to expand the word limit in the court's August 25, 2025 order (Dkt. No. 140) by 1,358 words (Dkt. No 108) is granted.

---

     [*]    The Honorable Donald W. Molloy, United States District Judge for the District of Montana, sitting by designation.

2